IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                 PLAINTIFF/RESPONDENT

v.                 No. 2:13-CR-20041-004

JACQUELINE JOHNSON                 DEFENDANT/PETITIONER

## ORDER

The Court has received a report and recommendation (Doc. 295) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny Petitioner's motion to vacate. The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner Jacqueline Johnson's motion to vacate (Doc. 286) is DENIED and her petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 14th day of March, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE